1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983**

2    Name _HICKS      MICHAEL       J._

3         (Last)          (First)       (Initial)

4    Prisoner Number _B-80852_

5    Institutional Address _P.O. BOX 290066, REPRESA, CA 95671_

6

7              **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**

8

9    _MICHAEL J. HICKS_
  (Enter the full name of plaintiff in this action.)

         **CV 08    1146**

10            vs.

     Case No. _____
     (To be provided by the Clerk of Court)

11    _M.S. EVANS, WARDEN_

12    _SALINAS VALLEY STATE PRISON_

     **COMPLAINT UNDER THE**
     **CIVIL RIGHTS ACT,**
     Title 42 U.S.C § 1983

13

14

15    (Enter the full name of the defendant(s) in this action)

16    *[All questions on this complaint form must be answered in order for your action to proceed..]*

17    I.    Exhaustion of Administrative Remedies.

18        [**Note:** You must exhaust your administrative remedies before your claim can go

19        forward. The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement _CSP SACRAMENTO_

21        B.    Is there a grievance procedure in this institution?

22              YES (X)    NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24        procedure?

25              YES (X)    NO ( )

26        D.    If your answer is YES, list the appeal number and the date and result of the

27        appeal at each level of review. If you did not pursue a certain level of appeal,

28        explain why.

COMPLAINT          - 1 -

*Log #07-02624*

1. Informal appeal _SEE EXHIBIT 'A'_

_____

_____

2. First formal level_____

_____

_____

3. Second formal level_____

_____

_____

4. Third formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to
      you?

              YES ( )      NO (X)

F.    If you did not present your claim for review through the grievance procedure,
      explain why. _AFTER THE SECOND LEVEL THE DAMAGE_
_HAD BEEN DONE AND BECAME MOOT AFTER_
_TRANSFER BACK TO CSP-SACRAMENTO_

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs,
      if any.

_MICHAEL J. HICKS, B-80852, P.O. Box 290066_
_REPRESA, CA 95671_

_____

B.    Write the full name of each defendant, his or her official position, and his or her
      place of employment.

_M.S. EVANS IS EMPLOYED AS WARDEN AT_
_SALINAS VALLEY STATE PRISON._

COMPLAINT                          - 2 -

1

2

3

4

5    III.    Statement of Claim.

6          State here as briefly as possible the facts of your case.  Be sure to describe how each

7    defendant is involved and to include dates, when possible.  Do not give any legal arguments or

8    cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

9    separate numbered paragraph.

10                    *SEE ATTACHED:*

11                    *STATEMENT OF FACTS*

12

13

14

15

16

17

18

19

20

21

22

23    IV.    Relief.

24          Your complaint cannot go forward unless you request specific relief.  State briefly exactly

25    what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26    *COMPENTSATORY AND PUNITIVE DAMAGES*

27    *IN THE AMOUNT OF $ 100.000.*

28

COMPLAINT                           - 3 -

1

2

3

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Signed this _19TH_ day of _Febuary_ , 20 _08_

8

9        _Michael J. Hicks_

10                    (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HICKS V. EVANS | |

## STATEMENT OF FACT

1. ON MAY 23, 2007, PLAINTIFF WAS TRANSFERED TO THE SALINAS VALLEY PSYCHIATRIC PROGRAM AT SALINAS VALLEY STATE PRISON.

2. PLAINTIFF INFORMED HOUSING UNIT SENIOR MTA'S THAT HE HAD A COURT HEARING SET FOR 6-22-07, 6-26-07, 6-28-07. PLAINTIFF REQUESTED HIS 'LEGAL' PROPERTY AND PHYSICAL ACCESS TO THE FACILITY LAW LIBRARY AS A PREFERED LEGAL USER (PLU).

3. PLAINTIFFS REQUEST WAS DENIED AND ON 6-6-07, PLAINTIFF TOOK FORMAL ACTION AND SUBMITTED A INMATE APPEAL FORM (CDC-602)(SEE EXHIBIT A)

4. PLAINTIFF ALSO WROTE A LETTER TO DEFENDANT M.S-EVANS (WARDEN) ON 6-11-07 WHO FORWARDED IT TO L. TREXLER(ASSOCIATE WARDEN).

5. PLAINTIFF COMPLAINED THAT THE S.V.P.P. UNIT WAS DENIEING PHYSICAL ACCESS TO THE LAW LIBRARY. LIMITING LEGAL RESEARCH TO A "PAGING SYSTEM" AND THAT IT VIOLATED

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1

SHORT TITLE: _HICKS V. EVANS_   CASE NUMBER:

1  FEDERAL LAW AND DEPARTMENTAL POLICY.

2

3  6. ON 6-18-07, PLAINTIFF WAS INTERVIEWED IN
4  CONNECTION WITH HIS APPEAL BY T. MELVIN
5  (EDUCATION PRINCIPAL). MR. T. MELVIN
6  AGREED THAT BY THE NEXT DAY A LAW
7  LIBRARY COMPUTER WOULD BE MADE
8  AVAILABLE. THE APPEAL WAS WITHDRAWN.

9

10  7. THE AGREEMENT WAS VIOLATED WITH ONE
11  EXCUSE OF DELAY AFTER ANOTHER AND WITH
12  NO ABILITY TO MEANINGFUL RESEARCH
13  PLAINTIFF HAD THREE CASES IN A ROW
14  DISMISSED. AND LOST.

15

16  8. ON 6-21-07, L. TREXLER WROTE A LETTER TO
17  PLAINTIFF STATING THAT THE PAGING
18  SYSTEM WILL CONTINUE TO BE UTILIZED.
19  (SEE EXHIBIT 'B')

20  9. ON 7-4-07, PLAINTIFF REINSTATED HIS
21  APPEAL FOR VIOLATING THE EARLIER VERBAL
22  AGREEMENT AND ALSO FILED A MOTION TO
23  ORDER PHYSICAL ACCESS WITH THE SAN
24  FRANCISCO COUNTY SUPERIOR COURT WHERE
25  ANOTHER DEADLINE WAS PENDING ON 7-26-07.
   (SEE EXHIBIT 'C')

26  (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

27  This page may be used with any Judicial Council form or any other paper filed with the court.   Page _2_

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HICKS V. EVANS | |

1  10. ON 7-26-07, SAN FRANCISCO SUPERIOR COURT

2  JUDGE P.J. MAHONEY ISSUED AN ORDER TO

3  THE WARDEN (EVANS) REASONABLE ACCESS TO

4  "LEGAL MATERIALS INCLUDING ACCESS TO A

5  LAW LIBRARY COMPUTER.

6  (SEE EXHIBIT D)

7  11. WHILE A COMPUTER WAS PROVIDED ON THE

8  HOUSING UNIT, PHYSICAL ACCESS TO THE LAW

9  LIBRARY WAS DENIED THRU PLAINTIFFS

10  DEPARTURE ON 12-4-07.

11

12

13  VERIFICATION

14

15  I, MICHAEL J. HICKS DECLARE UNDER THE

16  PENALTY OF PERTURY THAT THE ABOVE

17  IS TRUE AND CORRECT.

18

19

20  DATED: 2-11-08                    Michael J. Hicks
                                       IN PRO PER

21

22

23

24

25

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page  3

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc.   www.USCourtForms.com

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: $5$ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: SVSP. d

Log No. 1. 07-02624   Category 10   2nd

2. _____   2. CAL-Edu

DMH access to law library

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| M.J. HICKS | B-80852 | DMH | D5-119 |

A. Describe Problem: THE DMH UNITS HAVE NO SCHEDULED LAW LIBRARY DAY. I HAVE SEVERAL PENDING COURT DEADLINES AND I REQUIRED PHYSICAL ACCESS PER DOM AND MRS. CHERYL ? PLIERS' OFFICE IN SACRAMENTO AND SUPPORTED UNDER TOUSANT V. MCCARTHY

NOTE: I AM ON PLU STATUS RIGHT NOW WITH HEARINGS SET FOR 6-26-07, 6-22-07, 6-28-07.

I REQUEST EMERGENCY PROCESSING OF THIS APPEAL.

If you need more space, attach one additional sheet.

B. Action Requested: 1. THAT I EITHER BE GRANTED PHYSICAL ACCESS TO THE LAW LIBRARY OR USE OF LAW LIBRARY COMPUTOR FOR A PERIOD OF NOT LESS THAN 2½ HRS. PER WEEK.

2. A LIST OF ALL AVAILABLE RESOURCE MATERIAL, FORMS

Inmate/Parolee Signature: Michael G. Hicks    CONTINUED → Date Submitted: 6-6-07

C. INFORMAL LEVEL (Date Received: 6-6-07 )

Staff Response: Denied, I don't have the authority to grant NOR the legal Knowledge. Please submit to next level.

Staff Signature: JBattin SMTA   SVPP    Date Returned to Inmate: 6-6-05 /20

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Dissatisfied. I have a Hearing set for 6-26 that I need to prepare for. And this response, and stated above. DMH is in Violation of the DOM. Physical Access to the Law Library is MANDATORY DMH NEEDS TO HAVE A LAW LIBRARY DAY. Please review the DOM and Sherrel Clira Menro.

Signature: Michael G. Hicks    Date Submitted: 6-5-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim DUE TO PENDING COURT DEADLINE OF 6-26.
EMERGECY PROCESSING IS REQUESTED.

CDC Appeal Number:

RECEIVED JUN 07 2007

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☑ Other   Withdrawn

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 6-13-07    Due Date: 7-20-07

Interviewed by: _____

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON
JUN 28 2007

*Reinstated Due to Failure Response*
*AGREEMENT BY EDUCATION PRINCIPLE.*
*Withdrawn By Writer (7-4-07)*

Staff Signature: _____   Title: _____   Date Completed: _____
Division Head Approved: M.J. Hicks   Returned
Signature: _____  8-28-07  Title: _____  Date Printed: JUL 02 2007 RET'D

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

*Dissatisfied. Reinstated due to failure to maintain verbal agreement with Education Principle* REC'D JUL 05 2007

Signature: Michael J. Hicks   Date Submitted: 7-4-07

Second Level   ☒ Granted   ☒ P. Granted   ☐ Denied   ☐ Other
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 7-9-07   Due Date: 8-2-07
☐ See Attached Letter   RET'D AUG 13 2007

Signature: Knapp   Crew   Date Completed: 07/24/07
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

ACTION REQUESTED... CONT...

(STATE AND FEDERAL) 3. PHOTO COPY SERVICE, LEGAL SUPPLIES
TO BE DISTRIBUTED BY DMH MTA's ie. PAPER: 28 LINE, MANILLA
AND #10 BUISINESS ENVELOPES, WHITE OUT OR CORRECTION TAPE
2 AND 3 HOLE PUNCH. TRUST WITHDRAW, U-SAV-EM AND
REQUEST FOR INTERVIEWS.

M.J. Ricks

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    August 3, 2007

To:      Inmate Hicks, B-80852
         Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-D-07-02624

> ### ISSUE:
>
> The appellant alleges that he does not have physical access to the legal law library or legal supplies.
>
> Appellant requests physical access to the law library for 2 ½ hours per week, a list of available legal resources/ materials and the provision of a law library within the Department of Mental Health (DMH) facilities at Salinas Valley State Prison.
>
> ### INTERVIEWED BY:
>
> The appellant was initially interviewed by J. Battin SMTA on June 6, 2007.
>
> ### REGULATIONS:  The rules governing this issue are:
>
> CCR 3122 Inmate Law Library
> SVSP O.P.21, Section 21.10.6 LAW LIBRARY INMATE ACCESS
> DOM 53060.16 ACCESS TO LAW LIBRARY
>
> ### SUMMARY OF INVESTIGATION:
>
> The First Level of Review (FLR) was completed on July 4, 2007.  Mr. T. Melvin, Principal was assigned to investigate this appeal at the Second Level of Review. A thorough examination has been conducted regarding the claim presented, and evaluated for this appeal in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).
>
> DMH has requested legal library access.  As a result, a Law Library computer was set up in the DMH housing unit.  Subsequently, a second Law Library computer was set up for the use of DMH inmates housed on Facility D.  Training was completed for DMH staff by Sr. Librarian John H. Burk.  Training will continue.  Two law library computers have been set up within DMH and are available to DMH Inmates.  All mandated law materials, forms and supplies are available upon request to DMH inmates.   All requests that can not be met by the DMH staff are processed, upon receipt of an inmate request form, by the SVSP library staff.
>
> The appellant's request to be granted physical access to the Law Library or use of a computer is granted.  The appellant has access to both.

**Inmate Hicks, B-80852**
**Case No. SVSP-D-07-02624**
**Page 2**

The appellant's request for access no less than 2 1/2 hours per week is partially granted. The appellant shall receive access upon request via the inmate request form.

The appellant's request for all available resource material shall be provided by library staff upon request. This portion is partially granted.

The appellants request for photo copy service is partially granted. This service is provided by the law library.

The appellant requests that legal supplies be provided. This request is granted as the appellant must request the supplies through the library staff. Upon receipt of the request, library staff shall provide based on institutional security.

The appellant's request for a 3 hole punch is denied. The appellant will not be issued a 3 hole punch as it is a breach of security.

**DECISION**: The appeal is Partially Granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

G. A. NEOTTI
Chief Deputy Warden
Salinas Valley State Prison

# EXHIBIT COVER PAGE $\boxed{B}$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: ____/____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

pproved for
with

California Department of Corrections and Rehabilitation                                    Salinas Valley State Prison

# *M E M O R A N D U M*

**Date:**  June 21, 2007

**To:**  Inmate Hicks - B80852, D5-119

**Subject: CTQ STATUS, RIGHTS TO MENTAL HEALTH CARE AND ACCESS TO COURTS ARE BEING DENIED**

Your letter to the Warden'dated June 11, 2007 was received on June 13, 2007 and forwarded to my office for response.

On April 3, 2007, you appeared before Institution Classification Committee (ICC) at California State Prison, Sacramento (CSP-SAC) where your case was reviewed for transfer to the Department of Mental (DMH) and for possible suspension of your Security Housing Unit (SHU) term per May '5, 2006 Policy Memorandum. ICC determined that upon arrival at DMH that you would retain Max Custody and continue your SHU term with a MERD of 3-18-2010. Committee noted that you received 6 serious Rules Violation Reports (RVR's) and you still have several pending. Your classification score was adjusted to 887 points.

On May 23, 2007, you transferred to Salinas Valley Psychiatric Program (SVPP) for the DMH program. On June 7, 2007, you appeared before ICC here at Salinas Valley State Prison (SVSP) and were released from orientation status. Committee noted previous ICC action of April 3, 2007 and concurred with that committee's decision and retained you at MAX RS Custody and elected to continue your SHU term.

The administration at SVSP values the importance of Mental Health Treatment and would not stand in the way of treatment. At this time, ICC has chosen it not safe to suspend your SHU status. You are cleared to participate in any Mental Health treatment that can be afforded to you outside of your cell as long as it is in mechanical restraints. We will not stand in the way of treatment as long as it does not jeopardize the safety of staff or other inmates. You will remain on SHU status until such time that DMH clinical staff has observed your behavior and they believe you to be stabilized. At that time they will request you return to ICC for reconsideration of your SHU status. You must demonstrate a period of non-aggressive or assaultive behavior to be considered for SHU term suspension. Your last RVR was for threatening staff on March 1, 2007, another SHU offense.

✱ You have been utilizing the paging system for Law Library and will continue to be allowed to utilize this system to meet your legal needs. Your use of the law library system has no bearing on your ability to program in DMH. You will not be excluded from Mental Health Treatment for exercising your right to the law library.

I hope this clears up any confusion you might have and answers any questions you have about your program and SHU status

L. Trexler, Associate Warden
Health Care Services
Salinas Valley State Prison

Cc:    M.S. Evans, Warden
       G.A. Neotti, Chief Deputy Warden

# EXHIBIT COVER PAGE $\boxed{C}$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __6__ pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [x] Superior Court
- [x] Appellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

MICHAEL J. HICKS
B-80852
P.O. BOX 1050
SOLDAD, CA 93966
IN PRO PER

COPY

ENDORSED
FILED
San Francisco County Superior Court

JUL - 9 2007

GORDON PARK-LI, Clerk
BY_____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
FOR SAN FRANCISCO COUNTY

MICHAEL J. HICKS
PETITIONER

VS.

MICHAEL BIEN FOR ROSEN,
BIEN AND GALVAN LLP
DEFENDANTS

CASE No. CGC-07-462530

MOTION FOR COURT ORDER
FOR SVPP TO PROVIDE
PHYSICAL ACCESS TO
LAW LIBRARY.

TO: THE HONORABLE PATRICK J. MAHONEY.

PLAINTIFF HAS RECIEVED DEFENDANTS MOTION TO
DECLARE PLAINTIFF AS A VEXATIOUS LITIGANT SET FOR
HEARING ON JULY 26,2007, DEPT. 302, AT 9:30 A.M. OR AS
SOON THEREAFTER AS THE MATTER MAY BE HEARD.

PLAINTIFF IS INCARCERATED AT SALINAS VALLEY STATE
PRISON AND CONFINED UNDER THE CARE OF THE DEPT. OF
MENTAL HEALTH, MONITORED BY THE DEFENDANT AS
APPOINTED CLASS COUNSEL OF THE COLEMAN MATTER.

IT IS A CONSTITUTIONAL VIOLATION TO DENIE STATE
PRISONERS PHYSICAL ACCESS TO THE FACILITY LAW
LIBRARY (TOUSSAINT V. MC CARTHY) AND THE
CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION HAS SET FORTH ITS OWN
DEPARTMENT WIDE DIRECTIVE POLICY TO
PROVIDE ALL INMATES, NO MATTER HOUSING OR

/.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HICKS V. BIEN | CGC-07-462530 |

1  PROGRAM ASSIGNMENT PHYSICAL ACCESS.
2  THIS WOULD INCLUDE INMATES ASSIGNED
3  TO HOUSING UNITS WITHIN THE PRISON BUT
4  UNDER THE CONTROL AND ADMINISTRATION
5  OF THE DEPARTMENT OF MENTAL HEALTH.
6  TOUSSAINT SPECIFICALLY ADDRESSED THE USE
7  OF A "PAGING SYSTEM" TO BE A VIOLATION OF
8  HENDERING THE FIRST AMENDMENT PROVISION
9  OF ACCESS TO THE COURT.
10  HOWEVER, CONTRARY TO LAW THIS DMH
11  PROGRAM USES A "PAGING SYSTEM". PLAINTIFF
12  ARRIVED AT THIS DMH PROGRAM KNOWN AS
13  "SVPP" ON 5-23-07. PLAINTIFF HAD A TELEPHONE
14  APPEARANCE HEARING IN THE SAN BERNARDINO
15  COUNTY SUPERIOR COURT-SMALL CLAIMS SET FOR
16  6-1-07, THEN CONTINUED TO 6-22-07 (HICKS V.
17  AMBERWOOD APARTMENTS, CASE No. SMCCS07014)
18  CA. CODE OF REG. TITLE 15, DIV. 3 SECTION §3122 (a)
19  GRANTS INMATES WITH ESTABLISHED COURT DEAD-
20  LINES PRIORITY LAW LIBRARY USEAGE REFERRED TO
21  AS PREFERED LEGAL USER (PLU) STATUS. PLAINTIFF
22  ALSO HAD A TELEPHONE APPEARANCE HEARING ON
23  6-28-07 IN SACRAMENTO COUNTY (HICKS V.
24  WHITTED, CASE No. 06AS05152) ON THE LAW AND MOTIONS
25  CALANDER.

1. TOUSSAINT V. MC CARTHY 801 F. 2d 1080 (9TH CIR. 1986)

26  (Required for verified pleading) The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc.

SHORT TITLE:

*HICKS V. BIEN*

CASE NUMBER:

*CGC-07-462530*

1   PLAINTIFF INFORMED THE FACILITY LAW LIBRARIAN

2   OF HIS PLU DEADLINE AND SUBSEQUENTLY

3   FILED AN ADMINISTRATIVE INMATE APPEAL

4   (LOG# D-07-02624) BUT AGREED TO WITHDRAW THE

5   APPEAL WHEN INFORMED BY THE PRISONS'

6   EDUCATION PRINCIPLE THAT A INMATE USEAGE

7   COMPUTOR WITH 'WEST LAW' DVD WOULD BE MADE

8   AVAILABLE AT HIS CELL DOOR WITHIN 24 HOURS.

9   THERE IS A COMPUTOR AVAILABLE, HOWEVER DMH

10  ADMINISTRATION IS FORESTALLING ITS USE UNTIL

11  A SET POLICY IS DEVELOPED AND APPROVED BY

12  THE EXECUTIVE DIRECTOR, V. BREWER. ADDITION-

13  ALLY, THE PROPOSED PROCEDURE WOULD BE TO

14  PLACE PLAINTIFF IN WAIST RESTRAINTES IN A DAY-

15  ROOM WITH CONSTANT NOISE AND DISTRACTION'S OF

16  OTHER PSYCHIATRIC INMATES, T.V. NOISE AND

17  OTHER LOUL - DISRUPTIONS. THE TERM LAW

18  " LIBRARY " SEEMS TO BE NOT UNDERSTOOD BY DMH

19  ADMINISTRATOR'S WHO HAVE DONE WHATEVER

20  THEY HAVE BEEN ABLE TO DENIE AND HENDER ALL

21  DMH INMATES PHYSICAL ACCESS TO THE LAW

22  LIBRARY, EVEN THREATENING EXCLUSION FROM

23  DMH IF LEGAL STUDY IS INSISTED UPON.

24  THERE IS NO WAY POSSIBLE THAT PLAINTIFF

25  CAN GIVE ANSWER TO DEFENDANTS OUTRAGEOUS

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page 3

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HICKS V. BIEN | CGC-07-462530 |

1. CHARGE OF VEXATIOUS LITIGATION WITHOUT IN
2. DEPTH STUDY ON THE SUBJECT. FUTHERMORE
3. DEFENDANTS HAVE ASSERTED CLAIMS AND
4. ALLEGATION'S WITHOUT FULL EXHIBIT CONTENT IN
5. WHICH STUDY OF DISCOVERY LAW AND ACTUAL
6. DISCOVERY WILL BE CONDUCTED INFORMALLY, OR
7. OR COMPELLING COURT ORDER.
8. IT IS NOT THE PLAINTIFF WHO HAS OPENED
9. THESE VAST DOORS OF COMPLEXITY TO AVOID A
10. ANSWER TO THE COMPLAINT. BUT IT IS WELCOMED
11. IN THAT IN DEPTH DISCOVERY SHALL BE CONDUCTED
12. AS PROVIDED BY LAW.
13. IT IS THEFEFORE RESPECTFULLY REQUESTED
14. THAT THE COURT ISSUE AN ORDER TO THE
15. EXECUTIVE DIRECTOR, V. BREWER, DEPT. OF MENTAL
16. HEALTH AT SALINAS VALLEY STATE PRISON TO
17. PROVIDE PLAINTIFF WITH AN ENCLOSED ROOM
18. WITH HANDS FREE ACCESS TO A KEYBOARD,
19. MOUSE, AND ABLE TO WRITE STUDY NOTES FREE
20. OF RESTRAINTS FOR NOT LESS THAN FIVE HOURS
21. PER WEEK AND TO ISSUE A RESTRAINING
22. ORDER PREVENTING EXCLUSION FROM SVPP AS
23. A MEANS OF ESCAPING THE COURTS ORDER OR
24. IN RETALIATION TO PLAINTIFFS EXERCISE OF
25. HIS RIGHT TO PHYSICAL ACCESS TO A LAW LIBRARY.
26. *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:
27. This page may be used with any Judicial Council form or any other paper filed with the court.

Page 4

| SHORT TITLE: _HICKS V. BIEN_ | CASE NUMBER: _CGC-07-462536_ |
|---|---|

1

2

3    RESPECTFULLY SUBMITTED,

4

5

6    DATED: 7-4-07                    _Michael G. Hicks_
                                        IN PRO PER
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  _(Required for verified pleading)_ The items on this page stated on information and belief are _(specify item numbers, not line numbers):_

27  This page may be used with any Judicial Council form or any other paper filed with the court.        Page _5_.

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc.
www.USCourtForms.com

| SHORT TITLE | CASE NUMBER |
|---|---|
| *HICKS V. BIEN* | *CGC-07- 462530* |

# DECLARATION OF MAILING

*INSTRUCTIONS: Only a person who is age 18 years or older and both a party to this action can serve document copies by mail. (Code Civ. Proc., § 1013a.) An unsigned copy of this Declaration of Mailing must be attached to and mailed with the copies. After the copies are deposited in the mail, the person who mailed them must fill out and sign this form attached as the last page of the originals for filing. (Code Civ. Proc., § 1013(b).) WARNING: Falsifying this form can be a felony, punishable by imprisonment in state prison. (Pen. Code, §§ 118 & 126)*

1. I am employed in, or a resident of, the county in which this mailing occurred, and not a party to this action. At the time of mailing, I was at least 18 years of age or older;

2. I am readily familiar with the practice at the residence or business address shown below for collection and processing of correspondence for mailing with the United States Postal Service, which causes it to be sealed and deposited with said Postal Service with the postage prepaid the same day it is mailed or placed for collection and processing.

3. My ☒ residence ☐ business address and telephone number are as follows:

| ADDRESS *MICHAEL J. HICKS      P.O. BOX 1050* | TELEPHONE NUMBER |
|---|---|
| *B-80852          SOLIDAD, CA 93960* | (     ) *NONE* |
| CITY, STATE AND ZIP CODE    *N/A* | |

4. I served the below document(s) by ☒ personally sealing and mailing with postage prepaid, ☐ placing for collection and mailing following ordinary business practices, true copies to the addressed as shown, on the date and at the place shown, in envelope(s) sealed, or to be sealed in the ordinary course of business, and addressed as follows: *MICHAEL W. BIEN*

*ROSEN, BIEN & GALVAN LLP*
*315 MONTGOMERY ST. 10TH FLOOR*
*SAN FRANCISCO, CA 94104*

*AMITAI SCHWARTZ*
*WATERGATE TOWERS*
*2000 POWELL ST. STE 1286*
*EMERYVILLE, CA 94608*

| DATE MAILED | PLACE OF MAILING *(City and state)* |
|---|---|
| *7-4-07* | *SOLIDAD, CA 93960* |

5. Exact title(s) of document(s) served: *MOTION FOR COURT ORDER FOR SUPP TO*
*PROVIDE PHYSICAL ACCESS TO LAW LIBRARY*

*I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.*

| DATED | TYPE OR PRINT NAME OF PERSON WHO DID MAILING | SIGNATURE OF PERSON WHO DID MAILING |
|---|---|---|
| *7-4-07* | *MICHAEL J. HICKS* | *Michael J. Hicks* |

## DECLARATION OF MAILING

Code Civ. Proc., § 1013

# EXHIBIT COVER PAGE D

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit:  _3_  pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

1

2

3

4

5

6

7

8

ENDORSED
F I L E D
San Francisco County Superior Court

JUL 2 6 2007

GORDON PARK-LI, Clerk
BY: _____GAIL PEERLESS_____
                                    Deputy Clerk

9          **SUPERIOR COURT OF CALIFORNIA**

10              **County Of San Francisco**

11               Department No. 302

12

13   MICHAEL J. HICKS                    Case No.: 462530

14                        Plaintiff,     ORDER RE ACCESS TO LEGAL
                                         MATERIALS TO ENABLE PLAINTIFF TO
15            vs.                        RESPOND TO DEFENDANTS' MOTION
                                         THAT PLAINTIFF IS A VEXATIOUS
16   MICHAEL W. BIEN, et al.,            LITIGANT TO BE HEARD ON
                                         SEPTEMBER 12, 2007
17                       Defendants.

18

19

20          Plaintiff has filed a motion requesting an order granting plaintiff "an enclosed room with

21   hands free access to a keyboard mouse, and (sic) able to write study notes free of restraints for

22   not less than five hours per week" to enable plaintiff to respond to defendants' motion to have

23   plaintiff declared a vexatious litigant.  In response, the Court has directed counsel for defendants

24   to mail to plaintiff a copy of each case cited, the applicable code sections and the Shepard

25   citations reflecting the history of the cases and the applicable code sections.  The Court further

Page 1
Case No.: 462530         ORDER RE ACCESS TO LEGAL MATERIALS

1

2   orders the Warden of the Salinas Valley State Prison to grant Mr. Hicks reasonable access,

3   consistent with the Prison's security needs, to legal materials to respond to the motion to be

4   heard on September 12, 2007 to declare Mr. Hicks a vexatious litigant.

5

6   July 26, 2007                                          PATRICK J. MAHONEY

7                                                    JUDGE OF THE SUPERIOR COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 2
Case No.: 462530          ORDER RE ACCESS TO LEGAL MATERIALS

## SUPERIOR COURT OF CALIFORNIA
## County of San Francisco

MICHAEL J. HICKS,

Plaintiff(s)

vs.

MICHAEL BIEN,

Defendant(s)

Case Number:  insert case no.

**CERTIFICATE OF MAILING**
(CCP 1013a (4) )

I, GAIL PEERLESS, a Deputy Clerk of the Superior Court of the County of San

Francisco, certify that I am not a party to the within action.

On July 26, 2007 I served the attached ORDER RE  ACCESS TO LEGAL MATERIALS

TO ENABLE PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIN THAT PLAINTIFF IS

A VEXATIOUS LITIGANT TO BE HEARD ON SEPTEMBER 12, 2007 by placing a copy

thereof in a sealed envelope, addressed as follows:

MICHAEL J. HICKS, PRO PER
B-80852
P. O. BOX 1050
SOLEDAD, CA.  93960

LISA SITKIN, ESQUIRE
LAW OFFICES OF AMITAI SCHWARTZ
WATERGATE TOWERS
2000 POWELL ST., #1286
EMERYVILLE, CA.  94608

LT. WALKER, WATCH COMMANDER
SALINAS VALLEY STATE PRISON
P. O. BOX 1020
SOLEDAD, CA.  93989

FAXED TO LT. WALKER ON 7-26-07

and, I then placed the sealed envelopes in the outgoing mail at 400 McAllister Street, San Francisco,

CA. 94102 on the date indicated above for collection, attachment of required prepaid postage, and

mailing on that date following standard court practices.

Dated: July 26, 2007

GORDON PARK-LI, Clerk

By:  _Gail Peerless_____
Gail Peerless, Deputy Clerk

(PR)

CV 08          1146

SI

(PR)

Dear Clerk,

Please return a Conformed Copy
to me.

Thank You

Michael G. Necks
B-80852
P.O. Box 290066
Represa, Ca 95671

Clerk Of The Court
United States District Court
Northern District Of California
450 Golden Gate Ave
San Francisco, Ca 94102

RECEIVED

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ®

www.usps.com

Label 107R, February 2006