

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS

    Plaintiff,

vs.

M.S. EVANS, WARDEN
SALINAS VALLEY STATE PRISON
    Defendant.

CASE 08 - 1146

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MICHAEL J. HICKS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *1991*
5  
6  
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or             Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,          Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                      Yes ___ No _X_
14     d.   Pensions, annuities, or             Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,  Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  
22  
23  3.      Are you married?                    Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

P. TO PROC. IN FORMA PAUPERIS          - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5            _____ NONE _____
6      _____
7  5.    Do you own or are you buying a home?    Yes ____ No  X
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No  X
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ____ No  X  (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ____
20 _____
21 8.    What are your monthly expenses?  Ø
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ NO _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   2-19-08                              Michael J. Ricks
17      DATE                          SIGNATURE OF APPLICANT

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 01/31/08
                                                                          PAGE NO:          1
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CALIF STATE PRISON SACRAMENTO
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

ACCOUNT NUMBER : B80852                          BED/CELL NUMBER: FA1 2 000000169
ACCOUNT NAME   : HICKS, MICHAEL JAMES            ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                 TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
----    ----  -----------      -------      ---------   --------   -----------    -------

07/01/2007    BEGINNING BALANCE                                                      0.66

09/26   W515  COPY CHARGE      700877COPY                             0.66           0.00


                                CURRENT HOLDS IN EFFECT

    DATE        HOLD
   PLACED       CODE          DESCRIPTION                  COMMENT       HOLD AMOUNT
 ----------     ----   --------------------------         ---------      -----------
 12/18/2007     H104   DAMAGES HOLD                       701745HEAD          20.00
 12/18/2007     H104   DAMAGES HOLD                       701745DEST         688.33
 12/18/2007     H104   DAMAGES HOLD                       701745DEST          18.00
 12/18/2007     H104   DAMAGES HOLD                       701745DEST          57.00
 12/18/2007     H104   DAMAGES HOLD                       701745DEST         153.00
 01/17/2008     H109   LEGAL POSTAGE HOLD                 702055 LEG           0.41
 01/17/2008     H109   LEGAL POSTAGE HOLD                 702055 LEG           0.41
 01/17/2008     H109   LEGAL POSTAGE HOLD                 702055 LEG           0.41
 01/17/2008     H109   LEGAL POSTAGE HOLD                 702055 LEG           0.41
 01/17/2008     H109   LEGAL POSTAGE HOLD                 702055 LEG           0.41
 01/18/2008     H109   LEGAL POSTAGE HOLD                 702065 LEG           0.41
 01/18/2008     H109   LEGAL POSTAGE HOLD                 702065 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/22/2008     H109   LEGAL POSTAGE HOLD                 702096 LEG           0.41
 01/30/2008     H109   LEGAL POSTAGE HOLD                 702151 LEG           0.41
 01/30/2008     H109   LEGAL POSTAGE HOLD                 702151 LEG           0.41
 01/30/2008     H109   LEGAL POSTAGE HOLD                 702151 LEG           0.41
 01/30/2008     H109   LEGAL POSTAGE HOLD                 702151 LEG           0.41
 01/30/2008     H109   LEGAL POSTAGE HOLD                 702151 LEG           0.41
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 01/31/08
                                                                 PAGE NO:       2
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF STATE PRISON SACRAMENTO
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

ACCT: B80852       ACCT NAME: HICKS, MICHAEL JAMES          ACCT TYPE: I

                           TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
 ---------    ---------     -----------    ---------     ---------     ------------
    0.66         0.00          0.66          0.00          944.53          0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               944.53-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

```
REPORT ID: TS3030  .701                                         REPORT DATE: 01/31/08
                                                                PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

ACCOUNT NUMBER : B80852                    BED/CELL NUMBER: FA1 2 000000165
ACCOUNT NAME   : HICKS, MICHAEL JAMES      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION       COMMENT      CHECK NUM  DEPOSITS    WITHDRAWALS    BALANCE
----  -------  ---------------   ----------   ---------  ----------  -----------  ---------

07/01/2007     BEGINNING BALANCE                                                       0.66

09/26   W515   COPY CHARGE       700877/COPY                              0.66         0.00


                               CURRENT HOLDS IN EFFECT

    DATE        HOLD
    PLACED      CODE       DESCRIPTION                    COMMENT        HOLD AMOUNT
  ----------    ----    ---------------------           -----------     -----------
  12/18/2007    H104    DAMAGES HOLD                    701745HEAD           20.00
  12/18/2007    H104    DAMAGES HOLD                    701745DEST          688.33
  12/18/2007    H104    DAMAGES HOLD                    701745DEST           18.00
  12/18/2007    H104    DAMAGES HOLD                    701745DEST           57.00
  12/18/2007    H104    DAMAGES HOLD                    701745DEST          153.00
  01/17/2008    H109    LEGAL POSTAGE HOLD              702055 LEG            0.41
  01/17/2008    H109    LEGAL POSTAGE HOLD              702055 LEG            0.41
  01/17/2008    H109    LEGAL POSTAGE HOLD              702055 LEG            0.41
  01/17/2008    H109    LEGAL POSTAGE HOLD              702055 LEG            0.41
  01/17/2008    H109    LEGAL POSTAGE HOLD              702055 LEG            0.41
  01/18/2008    H109    LEGAL POSTAGE HOLD              702065 LEG            0.41
  01/18/2008    H109    LEGAL POSTAGE HOLD              702065 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/22/2008    H109    LEGAL POSTAGE HOLD              702096 LEG            0.41
  01/30/2008    H109    LEGAL POSTAGE HOLD              702151 LEG            0.41
  01/30/2008    H109    LEGAL POSTAGE HOLD              702151 LEG            0.41
  01/30/2008    H109    LEGAL POSTAGE HOLD              702151 LEG            0.41
  01/30/2008    H109    LEGAL POSTAGE HOLD              702151 LEG            0.41
  01/30/2008    H109    LEGAL POSTAGE HOLD              702151 LEG            0.41
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 01/31/08
                                                                 PAGE NO:         2
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF STATE PRISON SACRAMENTO
                            INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

ACCT: B80852         ACCT NAME: HICKS, MICHAEL JAMES              ACCT TYPE: I

                            TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
 ---------    ---------    -----------    -----------    ---------    -------------
    0.66         0.00          0.66           0.00         944.53          0.00

                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ----------
                                                                944.53-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE

```
REPORT ID: TS3030  .701                                         REPORT DATE: 01/31/08
                                                                PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF STATE PRISON SACRAMENTO
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

ACCOUNT NUMBER : B80852                    BED/CELL NUMBER: FA1 2 000000165
ACCOUNT NAME   : HICKS, MICHAEL JAMES      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

07/01/2007    BEGINNING BALANCE                                                 0.66

09/26   W515  COPY CHARGE     700877COPY                           0.66         0.00


                              CURRENT HOLDS IN EFFECT
   DATE         HOLD
  PLACED        CODE          DESCRIPTION              COMMENT         HOLD AMOUNT

12/18/2007      H104    DAMAGES HOLD                  701745HEAD          20.00
12/18/2007      H104    DAMAGES HOLD                  701745DEST         688.33
12/18/2007      H104    DAMAGES HOLD                  701745DEST          18.00
12/18/2007      H104    DAMAGES HOLD                  701745DEST          57.00
12/18/2007      H104    DAMAGES HOLD                  701745DEST         153.00
01/17/2008      H109    LEGAL POSTAGE HOLD            702055 LEG           0.41
01/17/2008      H109    LEGAL POSTAGE HOLD            702055 LEG           0.41
01/17/2008      H109    LEGAL POSTAGE HOLD            702055 LEG           0.41
01/17/2008      H109    LEGAL POSTAGE HOLD            702055 LEG           0.41
01/17/2008      H109    LEGAL POSTAGE HOLD            702055 LEG           0.41
01/18/2008      H109    LEGAL POSTAGE HOLD            702065 LEG           0.41
01/18/2008      H109    LEGAL POSTAGE HOLD            702065 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/22/2008      H109    LEGAL POSTAGE HOLD            702096 LEG           0.41
01/30/2008      H109    LEGAL POSTAGE HOLD            702151 LEG           0.41
01/30/2008      H109    LEGAL POSTAGE HOLD            702151 LEG           0.41
01/30/2008      H109    LEGAL POSTAGE HOLD            702151 LEG           0.41
01/30/2008      H109    LEGAL POSTAGE HOLD            702151 LEG           0.41
01/30/2008      H109    LEGAL POSTAGE HOLD            702151 LEG           0.41
```

```
REPORT ID: TS3030 .701                                                REPORT DATE: 01/31/08
                                                                      PAGE NO:         2
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIF STATE PRISON SACRAMENTO
                              INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

  ACCT:  B80852       ACCT NAME: HICKS, MICHAEL JAMES              ACCT TYPE: I

                               TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL         TOTAL          CURRENT         HOLDS        TRANSACTIONS
    BALANCE        DEPOSITS     WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
   ---------       --------     -----------      -------        -------       ------------
      0.66           0.00          0.66           0.00           944.53           0.00


                                                                               CURRENT
                                                                              AVAILABLE
                                                                               BALANCE
                                                                             -----------
                                                                                944.53-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
REPORT ID: TS3030   .701                                          REPORT DATE: 01/31/08
                                                                  PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF STATE PRISON SACRAMENTO
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

ACCOUNT NUMBER : B80852                          BED/CELL NUMBER: FA1 2 000000016S
ACCOUNT NAME   : HICKS, MICHAEL JAMES            ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                TRUST ACCOUNT ACTIVITY
            TRAN
DATE        CODE  DESCRIPTION       COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----       ----  -----------       -------      ---------   --------    -----------    -------

07/01/2007        BEGINNING BALANCE                                                        0.66

09/26      W515   COPY CHARGE       700877COPY                              0.66           0.00


                              CURRENT HOLDS IN EFFECT

  DATE         HOLD
 PLACED        CODE        DESCRIPTION                       COMMENT        HOLD AMOUNT
----------     ----  -----------------------                ----------     -----------

12/18/2007     H104   DAMAGES HOLD                          701745HEAD          20.00
12/18/2007     H104   DAMAGES HOLD                          701745DEST         688.33
12/18/2007     H104   DAMAGES HOLD                          701745DEST          18.00
12/18/2007     H104   DAMAGES HOLD                          701745DEST          57.00
12/18/2007     H104   DAMAGES HOLD                          701745DEST         153.00
01/17/2008     H109   LEGAL POSTAGE HOLD                    702055 LEG           0.41
01/17/2008     H109   LEGAL POSTAGE HOLD                    702055 LEG           0.41
01/17/2008     H109   LEGAL POSTAGE HOLD                    702055 LEG           0.41
01/17/2008     H109   LEGAL POSTAGE HOLD                    702055 LEG           0.41
01/17/2008     H109   LEGAL POSTAGE HOLD                    702055 LEG           0.41
01/18/2008     H109   LEGAL POSTAGE HOLD                    702065 LEG           0.41
01/18/2008     H109   LEGAL POSTAGE HOLD                    702065 LEG           0.41
01/22/2008     H109   LEGAL POSTAGE HOLD                    702096 LEG           0.41
01/22/2008     H109   LEGAL POSTAGE HOLD                    702096 LEG           0.41
01/22/2008     H109   LEGAL POSTAGE HOLD                    702096 LEG           0.41
01/22/2008     H109   LEGAL POSTAGE HOLD                    702096 LEG           0.41
01/22/2008     H109   LEGAL POSTAGE HOLD                    702096 LEG           0.41
01/22/2008     H109   LEGAL POSTAGE HOLD                    702096 LEG           0.41
01/22/2008     H109   LEGAL POSTAGE HOLD                    702096 LEG           0.41
01/30/2008     H109   LEGAL POSTAGE HOLD                    702151 LEG           0.41
01/30/2008     H109   LEGAL POSTAGE HOLD                    702151 LEG           0.41
01/30/2008     H109   LEGAL POSTAGE HOLD                    702151 LEG           0.41
01/30/2008     H109   LEGAL POSTAGE HOLD                    702151 LEG           0.41
01/30/2008     H109   LEGAL POSTAGE HOLD                    702151 LEG           0.41
```

```
REPORT ID: TS3030 .701                                      REPORT DATE: 01/31/08
                                                            PAGE NO:         2
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF STATE PRISON SACRAMENTO
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 31, 2008

ACCT: B80852      ACCT NAME: HICKS, MICHAEL JAMES            ACCT TYPE: I

                             TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS    WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------     ---------    -----------    ---------     ---------     ------------
     0.66          0.00          0.66          0.00         944.53          0.00


                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                          -----------
                                                            944.53-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE