Court Clerk:                          3-4-08

Please send me a Computer, Fax
Phone, and Internet Hook-up for my
Prison Cell so I can be an E-Filer 😊

Must Be Nice !!!

SI

FILED

MAR 0 7 2008

RICHARD W. WI_____
CLERK U.S. DISTRIC_____
NORTHERN DISTRICT O_ _____

08-1146 SI (PR)

ORIGINAL
FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV  08    1 1 4 6**.

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

**SI**

Your complaint is deficient because you did not pay the filing fee and:

STATE PRISONER ACCESS NO **N/A (PR)**

1. _____ you did not file an In Forma Pauperis Application.

2. __✓__ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    __✓__ You did not sign your In Forma Pauperis Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other  COMPLIED AND RETURNED

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
              Deputy Clerk

rev. 11/07

Hicks

MICHAEL J. HICKS
03-808352
P.O. BOX 290066
REPRESA, CA 95671

SACRAMENTO CA 957

05 MAR 2008 PM 4 L

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

LEGAL MAIL

LET US DARE TO READ,
THINK, SPEAK AND WRITE
John Adams, 1 IF MAILED
NECESSARY
power of the people
UNITED STATES