FILED
08 MAR 12 PM 12:00

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS

           Plaintiff,

vs.

M. S. EVANS, WARDEN
SALINAS VALLEY STATE PRISON

           Defendant.

CV 08 1146 SI (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MICHAEL J. HICKS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____*BP GAS STATION (1991)*_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                 Yes ____ No __X__
10            self employment
11      b.    Income from stocks, bonds,              Yes ____ No __X__
12            or royalties?
13      c.    Rent payments?                          Yes ____ No __X__
14      d.    Pensions, annuities, or                 Yes ____ No __X__
15            life insurance payments?
16      e.    Federal or State welfare payments,      Yes ____ No __X__
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                            Yes ____ No __X__
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____    Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5            _____ NONE _____
6            _____
7  5.    Do you own or are you buying a home?     Yes ___ No X
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?                    Yes ___ No X
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No ___ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ___
20 _____
21 8.    What are your monthly expenses? Ø
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account      Monthly Payment      Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____*NO*_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _____3-4-08_____                    _____*Michael J. Hicks*_____
17       DATE                                SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

```
REPORT ID: TS3030  .701                    CALIFORNIA DEPARTMENT OF CORRECTIONS            REPORT DATE: 03/05/08
                                           CALIF STATE PRISON SACRAMENTO                   PAGE NO:        1
                                           INMATE TRUST ACCOUNTING SYSTEM
                                           INMATE TRUST ACCOUNT STATEMENT

                                 FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 05, 2008

ACCOUNT NUMBER  : B80852                                    BED/CELL NUMBER: FA1 2 000000165
ACCOUNT NAME    : HICKS, MICHAEL JAMES                      ACCOUNT TYPE: I
PRIVILEGE GROUP : D

                                         TRUST ACCOUNT ACTIVITY

   TRAN
DATE   CODE   DESCRIPTION         COMMENT         CHECK NUM    DEPOSITS   WITHDRAWALS   BALANCE
----   ----   -----------         -------         ---------    --------   -----------   -------
08/01/2007   BEGINNING BALANCE                                                            0.66
03/26  W515  COPY CHARGE   7008770COPY                                    0.66           0.00
```

```
                                       CURRENT HOLDS IN EFFECT

DATE          HOLD
PLACED        CODE     DESCRIPTION          COMMENT         HOLD AMOUNT
------        ----     -----------          -------         -----------
12/18/2007    H104     DAMAGES HOLD         701745HEAD           20.00
12/18/2007    H104     DAMAGES HOLD         701745DEST          688.33
12/18/2007    H104     DAMAGES HOLD         701745DEST           18.00
12/18/2007    H104     DAMAGES HOLD         701745DEST           57.00
12/18/2007    H104     DAMAGES HOLD         701745DEST          153.00
12/05/2008    H109     LEGAL POSTAGE HOLD   702206 LEG            0.58
01/08/2008    H109     LEGAL POSTAGE HOLD   702267 LEG            0.41
01/14/2008    H109     LEGAL POSTAGE HOLD   702323 LEG            1.65
01/14/2008    H109     LEGAL POSTAGE HOLD   702323 LEG            0.41
01/14/2008    H109     LEGAL POSTAGE HOLD   702323 LEG            2.33
01/14/2008    H109     LEGAL POSTAGE HOLD   702323 LEG            0.97
02/19/2008    H109     LEGAL POSTAGE HOLD   702382 LEG            1.82
02/21/2008    H109     LEGAL POSTAGE HOLD   702411 LEG            1.48
02/21/2008    H109     LEGAL POSTAGE HOLD   702411 LEG            1.14
02/21/2008    H109     LEGAL POSTAGE HOLD   702411 LEG            1.65
02/21/2008    H109     LEGAL POSTAGE HOLD   702411 LEG            1.82
02/27/2008    H109     LEGAL POSTAGE HOLD   702496 LEG            1.48
02/27/2008    H109     LEGAL POSTAGE HOLD   702496 LEG            2.33
02/27/2008    H109     LEGAL POSTAGE HOLD   702496 LEG            1.99
02/27/2008    H109     LEGAL POSTAGE HOLD   702496 LEG            2.16
03/04/2008    H109     LEGAL POSTAGE HOLD   702527 LEG            1.14
03/04/2008    H109     LEGAL POSTAGE HOLD   702527 LEG            1.48
03/04/2008    H109     LEGAL POSTAGE HOLD   702527 LEG            0.97
03/04/2008    H109     LEGAL POSTAGE HOLD   702527 LEG            1.14
03/04/2008    H109     LEGAL POSTAGE HOLD   702527 LEG            4.60
```

```
REPORT ID: TS3030 .701                    REPORT DATE: 03/05/08
                                          PAGE NO:          2

              CALIFORNIA DEPARTMENT OF CORRECTIONS
                 CALIF STATE PRISON SACRAMENTO
                 INMATE TRUST ACCOUNT STATEMENT

        FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 05, 2008

ACCT: B80852   ACCT NAME: HICKS, MICHAEL JAMES    ACCT TYPE: I

                      TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
---------    --------    -----------  -------    -------    ------------
  0.66         0.00         0.66        0.00      969.02        0.00

                                    CURRENT
                                    AVAILABLE
                                    BALANCE
                                    ---------
                                     969.02-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

1
2                                                           Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                        **IN**
10                              **PRISONER'S ACCOUNT**
11

12     I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _MICHAEL J. HICKS_ for the last six months
                                          [prisoner name]
14   _CSP-SACRAMENTO_ where (s)he is confined.
           [name of institution]
15     I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __0__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ __0__.
18
19   Dated: _3/5/08_                              _____
20                                                [Authorized officer of the institution]
21
22
23
24
25              THE WITHIN INSTRUMENT IS A CORRECT
                COPY OF THE TRUST ACCOUNT MAINTAINED
                BY THIS OFFICE.
26              ATTEST:
                CALIFORNIA DEPARTMENT OF CORRECTIONS
27              BY _____
                   TRUST OFFICE
28

- 5 -



Clerk Of The Court
United States District Court
Northern District of California
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA 94102

B-80852
P.O. Box 290066
Represa, CA 95671