1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7

8    MICHAEL J. HICKS,                              No. C 08-1146 SI (pr)

9              Plaintiff,                           **JUDGMENT**

10        v.

11   M.S. EVANS, warden,

12             Defendant.
                                            /
13   _____

14        This action is dismissed without prejudice to plaintiff filing a new action after he exhausts

15   his administrative remedies.

16

17        IT IS SO ORDERED AND ADJUDGED.

18

19   Dated: July 22, 2008                    _____
20                                                  SUSAN ILLSTON
                                               United States District Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California