**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 08-1146 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| M.S. EVANS, warden, | |
| Defendant. | |

Plaintiff filed a notice of appeal on September 9, 2008. On September 18, 2008, he filed a document captioned "notice of appeal - request for extension of time to file appeal (FRAP 4(5)(A)(ii) (second notice)" in which he wrote that he had been in a "mental health crisis bed" for eleven days and suggested that this caused his inability to meet the deadline for filing a notice of appeal. The court construes the document to be a request for an extension of time to file a notice of appeal. Upon due consideration, the court grants the request and extends the deadline for filing the notice of appeal by 30 days. (Docket # 10). With that extension of the deadline, plaintiff's notice of appeal filed on September 9, 2008 is timely.

The clerk will send a copy of this order to the U.S. Court of Appeals for the Ninth Circuit for filing in Ruiz v. Evans, 9th Cir. No. 08-17085.

IT IS SO ORDERED.

Dated: February 2, 2009

_____
SUSAN ILLSTON
United States District Judge