**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 MICHAEL J. HICKS, No. C 08-1146 SI (pr)

9 Plaintiff, **ORDER**

10 v.

11 M. S. EVANS, warden,

12 Defendant.
                                                    /
13

14 Plaintiff's request for an extension of time to file an amended complaint is GRANTED.

15 (Docket # 28.) Plaintiff must file an amended complaint that complies with the court's orders

16 no later than **January 21, 2011**. No further extensions of this deadline will be granted.

17 IT IS SO ORDERED.

18 Dated: November 30, 2010

19 SUSAN ILLSTON
United States District Judge

20

21

22

23

24

25

26

27

28