UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,                                          No. C 08-1146 SI (pr)

    Plaintiff,                                                    **ORDER**

v.

M. S. EVANS, warden,

    Defendant.
_____/

    Plaintiff's request for a second copy of the order of service is GRANTED. (Docket # 92.) The clerk will mail him a copy of the order of service.

    IT IS SO ORDERED.

Dated: April 9, 2012

                                                    SUSAN ILLSTON
                                                    United States District Judge