UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,     No. C 08-1146 SI (pr)

    Plaintiff,     **JUDGMENT**

    v.

M. S. EVANS, warden,

    Defendant.

    Judgment is now entered in defendants' favor and against plaintiff.

    IT IS SO ORDERED AND ADJUDGED.

Dated: October 29, 2012

SUSAN ILLSTON
United States District Judge