UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 08-1146 SI (pr) |
| Plaintiff, | **ORDER DENYING MOTION TO STAY** |
| v. | |
| M. S. EVANS, warden, | |
| Defendant. | |

Plaintiff's "motion to stay the notice of appeal pending district court's determination as to motion for reconsideration" is DENIED as moot. (Docket # 126.) The court already had denied his motion for reconsideration.

IT IS SO ORDERED.

Dated: January 9, 2013

SUSAN ILLSTON
United States District Judge